IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECILIA WIGGINS,

    Plaintiff,

v.                                                        CASE NO. 1:06-cv-00183-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Thursday, February 21, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

After a hearing on February 13, 2006, the Administrative Law Judge ("ALJ") found that Plaintiff had severe impairments of coronary artery disease and status-post myocardial infarction, as well as depression. Nevertheless, because these impairments did not meet the listings, and because a vocational expert testified that Plaintiff could perform a number of jobs in the national economy, the ALJ concluded that Plaintiff was not disabled under the Social Security Act. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v.

Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997).

      Plaintiff contends that the ALJ erred in finding that Plaintiff's coronary artery disease and myocardial infarction did not meet the listings. Although Plaintiff previously suffered two heart attacks, the Magistrate points out that subsequent tests have been negative, and her treating physician found no clinical signs of congestive heart failure. Based on this, the Court agrees with the Magistrate that the ALJ's decision is supported by substantial evidence. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 15, is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner denying benefits is AFFIRMED.

    **DONE AND ORDERED** this   *25th* day of March, 2008

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge